**Frederick Douglas STILLS,
Plaintiff–Appellant,**

v.

**ATTORNEY GENERAL FOR the
State of CALIFORNIA;  et al.,
Defendants–Appellees.**

No. 02–16128.

D.C. No. CV–00–02373–DFL(GGH).

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 10, 2003.*

Decided Feb. 14, 2003.

Before LEAVY, FERNANDEZ, and BERZON, Circuit Judges.

MEMORANDUM**

California state prisoner Frederick Douglas Stills appeals pro se the district court's judgment dismissing his third amended complaint in his 42 U.S.C. § 1983 action.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo, *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000), and we affirm.

The district court properly dismissed Stills' claim for medical mistreatment because his third amended complaint failed to state a claim upon which relief could be granted.  *See Estelle v. Gamble*, 429 U.S.

97, 106, 97 S.Ct. 285, 50 L.Ed.2d 251 (1976) (concluding negligent medical treatment does not state a valid claim under the Eighth Amendment).

Contrary to Still's contention, an amended complaint supersedes a prior complaint.  *See Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir.1997).

Stills' remaining claims lack merit.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

